**Gerald D. GOMEZ, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 2011–3205.

United States Court of Appeals, Federal Circuit.

Nov. 23, 2011.

Gerald D. Gomez, New York, NY, pro se.

Sara B. Rearden, Merit Systems Protection Board, Washington, DC, for Respondent.

## ORDER

On September 9, 2011, this court dismissed Gomez's petition for review for failing to pay the court's docketing fee. On November 17, 2011, this court granted Gomez's motion for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's September 9, 2011 dismissal order is vacated, the mandate is recalled, and the petition is reinstated.

(2) Gomez's informal brief is due within 21 days from the date of filing of this order.